**Robert L. Leffingwell, appellant, v. John H. Thomsen, appellee. Gen. No. 29,202.**

Action to recover commission for selling store. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Benson Landon, Robert N. Holt and George Landon, for appellant. William Lister, for appellee.

Mr. Justice Barnes delivered the opinion of the court.